# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HUDSON CITY SAVINGS BANK, individually and on behalf of a class of similarly situated financial institutions, | )<br>)<br>)<br>) |
| Plaintiff, | ) **Case No. 1:14-cv-3387-TWT** |
| v. | )<br>)<br>) |
| THE HOME DEPOT, INC., | )<br>) |
| Defendant. | )<br>) |

## CONSENT ORDER STAYING ACTION

WHEREAS, this putative class action alleges claims against Defendant relating to unauthorized access to payment card data, which involved certain customers who made credit or debit card purchases;

WHEREAS, many other putative class actions have been filed against Defendant relating to the same events (together with these actions, the "Actions");

WHEREAS, motions have been filed before the Judicial Panel on Multidistrict Litigation ("JPML") seeking to transfer all of the Actions to a single forum for coordinated pretrial proceedings as provided by 28 U.S.C. § 1407;

WHEREAS, the parties believe that the JPML likely will afford MDL treatment to the Actions;

- 2 -

WHEREAS, there are no motions currently pending in this action; and

WHEREAS, it would preserve both judicial and private resources to stay this action until the JPML has decided whether to afford MDL treatment to the Actions and if such treatment is granted, has identified the transferee court and transferred the Actions to that court (if transfer is needed);

The parties hereby **CONSENT** and **AGREE** as follows:

1. This action shall be stayed until the JPML has decided the pending motion to afford MDL treatment to the Actions and, if such treatment is granted, has identified the transferee court and transferred the Actions to that court (if transfer is needed).

2. If the Actions are afforded MDL treatment, Defendant shall respond to the Complaint according to the schedule to be set by the transferee court.

3. If the Actions are not afforded MDL treatment, Defendant shall respond to the Complaint within 45 days after the JPML's decision denying MDL treatment.

So ORDERED, this 21st day    of November, 2014.

                                          /s/Thomas W. Thrash
                                          Judge, United States District Court
                                          Northern District of Georgia